# EXHIBIT A

SOMMERVIL,R,JR
199 ALABAMA AVE
HEMPSTEAD NY 11550

004367

# CERTIFICATE OF TITLE

## NEW YORK STATE

dmv.ny.gov

* * LIENS * *

| Title and Identification No. | Year | Make | Model Code | Body/Hull | Document No. |
|---|---|---|---|---|---|
| WBA73BJ05PCL42498<br>WBA73BJ05PCL42498 | 2023 | BMW | 540 | 4DSD | 476714K |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| GY | 4138 | GAS | 6 | USED | VEHICLE | 1/26/26 |

Name and Address of Owner(s)

SOMMERVIL,R,JR
199 ALABAMA AVE
HEMPSTEAD NY 11550

ODOMETER READING: 49897
49897
ACTUAL MILEAGE

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder

LENDBUZZ FUNDING LLC 03
31 MLK ST LBBY960909
BOSTON MA 02196

Lienholder

* ONE LIEN RECORDED *

Lienholder

* ONE LIEN RECORDED *

Lienholder

* ONE LIEN RECORDED *

MV-999 (3/21)

VOID IF ALTERED

VOID IF ALTERED

DEPARTMENT OF MOTOR VEHICLES