# EXHIBIT B

Reginald Sommervil
199 Alabama Avenue
Hampstead, NY 11550

April 14, 2026

Suffolk County District Attorney
725 Veterans Memorial Highway
Smithtown, NY 11788

Re: My 2023 BMW 540
VIN# WBA73BJ05PCJ42498

To Whom It May Concern:

I demand the immediate release of my 2023 BMW 540 which was seized on 3/9/2026 by the New York City Police Department, and then transferred to the Suffolk County Police Department.

Please tell me where to go to pick up my vehicle.

To schedule the release of my vehicle, or regarding any other information, you can reach me at (725) 296-2711.

Your truly,

Reginald Sommervil

Reginald S

**CAMPANELLI & ASSOCIATES, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
www.campanellipc.com

1757 Merrick Avenue · Suite 204 · Merrick, New York 11566
Telephone (516)746-1600
Facsimile (516) 746-2611

Andrew J. Campanelli
*Member of NY Bar*

Jean M. Smyth
Philip A. Salmon

*COUNSEL*

George B. McPhillips
*1930-1994*

April 27, 2026

Suffolk County Police Department
30 Yaphank Avenue
Yaphank, NY 11980

Re: CC# 25-1120724
2023 BMW 540
VIN# WBA73BJ05PCJ42498

Titled Owner Reginald Sommervil
199 Alabama Avenue
Hempstead, NY 11550

Dear Sir or Madam:

My firm represents Reginald Sommervil regarding: (a) the warrantless seizure of his motor vehicle, described herein above, on March 9, 2026, by the New York City Police Department (NYCPD), (b) its warrantless transfer to the Suffolk County Police Department (PDSC), and (c) the PDSC's continuing retention of same.

Please accept this letter as our client's <u>third</u> written demand for the immediate release of his vehicle.

We are in receipt of a Certified letter dated April 17, 2026, wherein the PDSC advises our client that *he may request* a retention hearing, at which he can be heard as to whether Suffolk County "will prevail in an action to forfeit" his vehicle. See a copy of same enclosed.

If the reason why the PDSC has retained continuing possession of our client's vehicle is to pursue civil forfeiture, then the County and the PDSC have already violated our client's rights to due process since: (a) the PDSC has been holding his vehicle since March 9, 2026 without having afforded him a hearing and (b) as has been made crystal clear by the New York Court of Appeals, the County cannot lawfully afford hearings *only to those who request them.*[1]

Moreover, our client's vehicle was both seized, and then transferred, without the seizing authority (the NYCPD), Suffolk County or its Police Department, having provided our client with any pre-seizure or post-seizure notice of any kind until the Certified letter which was sent to our client nearly six weeks after the warantless seizure.

1 <u>See</u> <u>County of Nassau v. Canavan</u>, 1 N.Y.3d 134 (2003), 770 N.Y.S.2d 277, 286 (2003) "We hold today that due process requires that prompt post-seizure hearings be provided to all defendants whose vehicle are seized and held for forfeiture, <u>not merely those who request them</u>." [Underline added].

If his vehicle was seized pursuant to any type of warrant, or any warrant was applied for, and/or granted *after the seizure*, demand is hereby made for a copy of any such warrant or warrants, as well as any applications, affidavits and/or affirmations submitted in support of any applications for any such warrants. Demand is also made for copies of any applications for any retention order or orders pertaining to the vehicle, and copies of any notices of any such orders having been sent to our client.

Demand is additionally made for a receipt listing all property seized pursuant to any warrant or warrants which have been obtained.

Finally demand is additionally hereby made for a post-seizure hearing at which our client is to be afforded an opportunity to be heard upon the issues identified in the attached Certified letter which the PDSC sent to our client.

Very truly yours,

Andrew J. Campanelli

POLICE DEPARTMENT COUNTY OF SUFFOLK, NEW YORK
*ACCREDITED LAW ENFORCEMENT AGENCY*
NOTICE OF SEIZURE AND HEARING

PDCS-4230-7

**DATE: APRIL 17, 2026**

**CC# 25-1120724**

**TITLED OWNER: R SOMMERVIL JR**

**ADDRESS: 199 ALABAMA AVE
HEMPSTEAD, NY 11550**

**VIN #: WBA73BJ05PCL42498**

**REGISTERED OWNER: R SOMMERVIL JR**
**REGISTRATION: SUSPENDED 2/4/26**

**MAKE/MODEL: 2023 BMW**

**ADDRESS: 199 ALABAMA AVE
HEMPSTEAD, NY 11550**

**OPERATOR:**

**LIENHOLDER: LENDBUZZ FUNDING LLC**

**ADDRESS: 31 MLK ST LBBY960909
BOSTON, MA 02196**

---

## *YOUR PROPERTY HAS BEEN SEIZED AND/OR IMPOUNDED BY THE POLICE*

*You are entitled to a hearing to determine whether it is valid for the Suffolk County Police Department to retair the above property which was seized and/or impounded in connection with the commission of a crime. If yo would like to request a prompt hearing, please submit a written request including your name, address, vehi make/model, registration plate number or vehicle identification number and date of seizure within 30 days of seizure to:*

**Suffolk County Police Department
Attn: Legal Bureau
30 Yaphank Avenue
Yaphank, New York 11980**

A prompt hearing will provide you with an opportunity to be heard, either yourself or through an attorney, with respect to these issues: (1) whether probable cause existed for the arrest of the defendant. (2) whether it is likely the County of Suffolk will prevail in an action to forfeit the property; (3) whether it is necessary the property remain impounded in order to ensure its availability for a judgment of forfeiture; and (4) whether retention is necessary to preserve the property from destruction nor sale and whether any other measures would better protect the County's interest during the proceedings.


POLICE DEPARTMENT
COUNTY OF SUFFOLK
30 YAPHANK AVE
YAPHANK NY 11980-9641
CERTIFIED MAIL
9589 0710 5270 3009 6502 35
MID-ISLAND NY
22 APR 2026 PM
quadient
FIRST-CLASS
IMI
$010.44
04/21/2026 ZIP
043M31229265
R SOMMERVIL JR
199 ALABAMA AVE
HEMPSTEAD NY 11550
11550-721499